AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

US MAGISTRATE COURT
GRG-SDTX
FILED
NOV 12 2014
David J. Bradley, Clerk
Laredo Division

United States of America
v.

REYES, Bobby Lee – 1
REYES, Amy – 2

*Defendant(s)*

Case No. 5:14MJ1425-1
-2

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __11/10/2014__ in the county of __Jim Hogg__ in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 U.S.C. 841(a)(1) | knowingly and unlawfully posses with the intent to distribute a controlled substance listed under Schedule I of the Controlled Substances Act, to wit, approximately 34.9 kilograms of marijuana. |

This criminal complaint is based on these facts:

See attachment.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Oscar Garcia Jr., DEA Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __11/12/2014__

_____
*Judge's signature*

City and state: __Laredo, Texas__   U.S. Magistrate Guillermo R. Garcia
*Printed name and title*

On November 10, 2014, at approximately 11:00 a.m., USBP Agents working at the USBP Checkpoint, located on Texas State Highway 16 in Hebbronville, Texas, sent a 2010 Chevrolet Malibu to secondary inspection after a k-9 alerted to the vehicle for an odor he is trained to detect. Upon further inspection of the vehicle, USBP agents located an aftermarket compartment found underneath the driver and passenger seats and discovered a total of 24 bundles of suspected marijuana hidden within the compartment.

The occupants of the 2010 Chevrolet Malibu were identified as Bobby REYES (driver) and Amy REYES (front passenger; sister of Bobby REYES). Amy REYES was also identified as a Certified Texas Peace Officer currently employed as a Deputy Sheriff with the Starr County Sheriff's Department. Both subjects were detained and transported to the Hebbronville Border Patrol Station along with the 2010 Chevrolet Malibu and the 24 bundles of suspected marijuana weighing a total of approximately 34.9 kilograms.

On November 10, 2014, at approximately 2:35 p.m., DEA TFO Oscar Garcia and SA Joseph Jones responded to the USBP Hebbronville Border Patrol Station. Bobby REYES and Amy REYES were both read their Miranda Warnings in English and both agreed to answer questions. Upon interviewing both subjects, Bobby REYES and Amy REYES both admitted to having knowledge they were transporting the marijuana from their home town of Rio Grande City, Texas to Houston, Texas. Amy REYES added that she was going to be paid $ 1,000.00 for her involvement in the transportation of the marijuana found in the vehicle. Bobby REYES and Amy REYES were both arrested by DEA and transported to the Webb County Jail where they will remain pending their initial appearance before a United States Magistrate Judge.